UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

         Plaintiff

v.

         10-CV-874S

$3,576 UNITED STATES CURRENCY,

         Defendant

## ORDER FOR SETTLEMENT AND FORFEITURE

Based upon the Stipulation for Settlement and Forfeiture previously filed in the above captioned litigation and after review and due deliberation, it is hereby

ORDERED, that $1,430.40 of the $3,576.00 United States currency originally seized shall be returned to the claimant, Raynard Traylor, through his attorney, Thomas J. Eoannou, by the United States Marshals Service; and it is further

ORDERED, that the remaining $2,145.60 United States currency is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6), and shall be disposed of according to law.

DATED: Buffalo, New York, February 22, 2011.

                                                   s/William M. Skretny
                                                  WILLIAM M. SKRETNY
                                                        Chief Judge
                                        United States District Court